IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

KLORDENZSKY SENECHARLES,

Defendant

M.J. Docket Nos. 23-MJ-7081-JCB
23-MJ-7082-JCB
23-MJ-7083-JCB

## MOTION TO UNSEAL SEARCH WARRANTS

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby moves this Court to unseal the search warrant applications, supporting affidavit, search warrants, this motion, any ruling on this motion, and all related paperwork, pursuant to Local Rule 7.2. The government respectfully submits that the sealing of these materials is no longer warranted because the defendant has been charged and arrested. The government is preparing to make an early production of automatic discovery to the defendant, which production will include search materials as required by Local Rule 116.1(c)(1)(B).

The government attaches as Exhibit 1 a version of the supporting affidavit that has been redacted to remove the personally identifiable information of the defendant and others implicated in the investigation. The government requests that the redacted affidavit be substituted for the unredacted affidavit on the public docket.

Respectfully Submitted,

LEAH B. FOLEY
United States Attorney

By:     /s/ *Meghan C. Cleary*
MEGHAN C. CLEARY
COLIN MISSETT
Assistant United States Attorneys